**Order entered October 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01215-CV

## IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00676**

## ORDER
Before Justices Lang, Brown, and Stoddart

Before the Court is relator's October 20, 2017 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by November 7, 2017**.

/s/    ADA BROWN
        JUSTICE